In the Matter of the Application of the GEORGE B. WRAY DRUG COMPANY for a Voluntary Dissolution. (No. 2.)

BENJAMIN S. COMSTOCK et al., Appellants; HARRY R. HICKS, as Receiver, etc., Respondent.

*Matter of George B. Wray Drug Co.*, 83 App. Div. 634, appeal dismissed. (Argued October 5, 1903; decided October 13, 1903.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 24, 1903, which affirmed an order of Special Term denying a motion to compel the clerk of Westchester county to certify appellants' papers on appeal.

The motion was made upon the grounds that the order appealed from was not a final order in a special proceeding, that no allowance of the appeal had been granted, nor had the Appellate Division certified that any question was involved which ought to be determined by the Court of Appeals.

*Ralph E. Prime, Jr.*, for motion.

*Waldo G. Morse* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.